1  Joel R. Bryant, Esq. (State Bar No. 149370)
   jbryant@gbflawyers.com
2  GREEN BRYANT & FRENCH LLP
   1230 Columbia Street, Suite 1120
3  San Diego, California 92101
   Tel:  (619) 239-7900
4  Fax: (619) 239-7800

5  Attorneys for Plaintiffs, Rick Earp,
   George Facenda, and Vincent Tiuseco
6

7

8
                     **UNITED STATES DISTRICT COURT**
9
                     **EASTERN  DISTRICT OF CALIFORNIA**
10

11 RIACK EARP, an individual; GEORGE         )   **CASE NO:  CV11-02654-JAM-GGH**
   FACENDA, an individual; and VINCENT       )
12 TIUSECO, an individual,                    )   **STIPULATION AND ORDER TO**
                                              )   **CONTINUE JOINT STATUS REPORT**
13         PLAINTIFFS,                        )
                                              )   **Date:**
14 v.                                         )   **Time:**
                                              )   **Dept.:** Courtroom 6
15 AT&T MOBILITY SERVICES LLC, a              )   **Judge:** Honorable John A. Mendez
   Delaware Limited Liability Company; and    )
16 DOES 1-100, jointly and severally,          )
                                              )
17         DEFENDANTS.

18
       Pursuant to the Court's October 7, 2011 Order, a Joint Status Report in the above referenced
19
matter is due on January 3, 2012.  For the reasons set forth below, Plaintiffs respectfully request that
20
the Court continue the Joint Status Report scheduled for January 3, 2012 to March 13, 2012.
21
       On October 6, 2011, counsel for AT&T Mobility Services LLC ("AT&T Mobility") advised
22
Plaintiff's counsel that none of the four Defendants named in the Complaint were proper parties to
23
this case, and further advised that, based on the allegations of the Complaint, the only entity which
24
should have been named as a Defendant was his client, AT&T Mobility.  In reliance on those
25
representations, Plaintiffs filed a First Amended Complaint on October 21, 2011, which removed
26
all prior Defendants, and named the new, current, Defendant AT&T Mobility.  Said Defendant was
27
subsequently served on November 4, 2011 via Waiver of Service of Summons.  On November 15,
28
2011 Plaintiffs received the signed Waiver of Service from Defendant and filed the Proof of Service

- 1 -                                                  Case No: CV11-02654-JAM-GGH
STIPULATION AND ORDER TO CONTINUE JOINT STATUS REPORT

1  with the Court. Defendant's answer to the complaint is due on January 3, 2012, and Plaintiffs do
2  not anticipate the Defendant will appear until that date.

3  This case is one of approximately 93 pending cases which Plaintiffs' counsel has filed
4  throughout the United States District Courts in California against Defendant AT&T Mobility on
5  behalf of current or former employees based on violations of the Fair Labor Standards Act.
6  Plaintiffs' counsel and counsel for Defendant AT&T Mobility have spoken numerous times
7  regarding the legal issues involved in this case (and the other pending AT&T Mobility cases),
8  including anticipated discovery, and are working together to handle these cases in the most efficient,
9  cost-effective manner.

10  Given that the new Defendant has not yet appeared, is not obligated to appear, and will not
11  appear prior to January 3, 2012,  Plaintiffs believe that continuing the Joint Status Report until
12  March 13, 2012, would allow the only Defendant's counsel to appear, and  provide both parties
13  ample and reasonable time to Meet and Confer and prepare the Joint Status Report. .

14  NOW, THEREFORE, subject to the Court's approval, Plaintiffs, by and through their
15  counsel of record, respectfully ask that the joint Status Report be continued from January 3, 2012,
16  to March 13, 2012.

**GREEN BRYANT & FRENCH, LLP**

Dated: December 23, 2011

    /s/   Joel R. Bryant
Joel R. Bryant, Esq.
Jbryant@gbflawyers.com
Attorney for Plaintiffs

1 **ORDER**

2 **IT IS ORDERED THAT:**

3 The Joint Status Report is continued from January 3, 2012 to March 13, 2012.

5 Dated:   December 30, 2011

6 /s/ John A. Mendez

7 Honorable John A. Mendez