Joel R. Bryant, Esq. (State Bar No. 149370)
jbryant@gbflawyers.com
GREEN BRYANT & FRENCH LLP
1230 Columbia Street, Suite 1120
San Diego, California 92101
Tel: (619) 239-7900
Fax: (619) 239-7800

Attorneys for Plaintiffs, Rick Earp,
George Facenda, and Vincent Tiuseco

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIACK EARP, an individual; GEORGE FACENDA, an individual; and VINCENT TIUSECO, an individual,<br><br>PLAINTIFFS,<br><br>v.<br><br>AT&T MOBILITY SERVICES LLC, a Delaware Limited Liability Company; and DOES 1-100, jointly and severally,<br><br>DEFENDANTS. | **CASE NO: CV11-02654-JAM-GGH**<br><br>**STIPULATION AND ORDER TO CONTINUE JOINT STATUS REPORT**<br><br>**Date:**<br>**Time:**<br>**Dept.:** Courtroom 6<br>**Judge:** Honorable John A. Mendez |

Pursuant to the Court's October 7, 2011 Order, a Joint Status Report in the above referenced matter is due on January 3, 2012. For the reasons set forth below, Plaintiffs respectfully request that the Court continue the Joint Status Report scheduled for January 3, 2012 to March 13, 2012.

On October 6, 2011, counsel for AT&T Mobility Services LLC ("AT&T Mobility") advised Plaintiff's counsel that none of the four Defendants named in the Complaint were proper parties to this case, and further advised that, based on the allegations of the Complaint, the only entity which should have been named as a Defendant was his client, AT&T Mobility. In reliance on those representations, Plaintiffs filed a First Amended Complaint on October 21, 2011, which removed all prior Defendants, and named the new, current, Defendant AT&T Mobility. Said Defendant was subsequently served on November 4, 2011 via Waiver of Service of Summons. On November 15, 2011 Plaintiffs received the signed Waiver of Service from Defendant and filed the Proof of Service

1 with the Court. Defendant's answer to the complaint is due on January 3, 2012, and Plaintiffs do
2 not anticipate the Defendant will appear until that date.

3 This case is one of approximately 93 pending cases which Plaintiffs' counsel has filed
4 throughout the United States District Courts in California against Defendant AT&T Mobility on
5 behalf of current or former employees based on violations of the Fair Labor Standards Act.
6 Plaintiffs' counsel and counsel for Defendant AT&T Mobility have spoken numerous times
7 regarding the legal issues involved in this case (and the other pending AT&T Mobility cases),
8 including anticipated discovery, and are working together to handle these cases in the most efficient,
9 cost-effective manner.

10 Given that the new Defendant has not yet appeared, is not obligated to appear, and will not
11 appear prior to January 3, 2012, Plaintiffs believe that continuing the Joint Status Report until
12 March 13, 2012, would allow the only Defendant's counsel to appear, and provide both parties
13 ample and reasonable time to Meet and Confer and prepare the Joint Status Report. .

14 NOW, THEREFORE, subject to the Court's approval, Plaintiffs, by and through their
15 counsel of record, respectfully ask that the joint Status Report be continued from January 3, 2012,
16 to March 13, 2012.

**GREEN BRYANT & FRENCH, LLP**

Dated: December 23, 2011      /s/   Joel R. Bryant
                              Joel R. Bryant, Esq.
                              Jbryant@gbflawyers.com
                              Attorney for Plaintiffs

**ORDER**

**IT IS ORDERED THAT:**

The Joint Status Report is continued from January 3, 2012 to March 13, 2012.

Dated:   December 30, 2011

/s/ John A. Mendez
Honorable John A. Mendez